UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROWE PLASTIC SURGERY OF NEW JERSEY,
L.L.C. and EAST COAST PLASTIC SURGERY, P.C.,

                Plaintiffs,                      JUDGMENT
                                                  23-CV-4352 (AMD) (JAM)

                -against-

UNITED HEALTHCARE and UNITED
HEALTHCARE SERVICE, LLC,

                Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge having been filed on September 26, 2024, granting the defendants' motion to dismiss; it is

        ORDERED AND ADJUDGED that the defendants' motion to dismiss is granted.

Dated: Brooklyn, NY                                    Brenna B. Mahoney
       September 26, 2024                          Clerk of Court

                                                        By: _/s/Jalitza Poveda_
                                                             Deputy Clerk